Jonathan L. Lee (S.B. #90350)
jll@robinsonwood.com
Hugh F. Lennon (S.B.#66565)
hfl@robinsonwood.com
Bonnie M. Ross (S.B.#178591)
bmr@robinsonwood.com
ROBINSON & WOOD, INC.
227 N. First Street
San Jose, California 95113
Telephone:  (408) 298-7120
Facsimile:   (408) 298-0477

Attorneys for Plaintiff, Sidonio Costa

*IT IS SO ORDERED*
*[signature] Judge Susan Illston*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDONIO COSTA,<br><br>          Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, and DOES 1 though 10, inclusive<br><br>          Defendants. | Case No.: C-12-03314-SI<br><br>CERTIFICATE OF SERVICE<br><br>The Honorable Susan Illston (SI)<br><br>Courtroom 10 [19th Floor]<br><br>[Complaint filed May 9, 2012] |

I, **Romaine M. Martinez**, declare:

I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed by Robinson & Wood, Inc., 227 N 1st Street, San Jose, California 95113. I am readily familiar with Robinson & Wood, Inc.'s practice for collection and processing of documents for delivery by way of the service indicated below.

On **September 19, 2012**, I served the following document(s):

- FRCP Rule 41(1)(A)(ii) Stipulation for Dismissal of Action.

///

///

///

///

///

CERTIFICATE OF SERVICE

1  on the interested party(ies) in this action as follows:

2  Thomas Proctor, Esq. (S.B.#246919)           (Attorneys for Defendant Travelers
   MCKENNA LONG & ALDRIDGE LLP                  Commercial Insurance Company)
3  600 West Broadway, Suite 2600
   San Diego, California 92101-3372
4  Telephone: (619) 533-7394
   Fax: (619) 235-1301
5  E-mail: tproctor@mckennalong.com

6   X   I certify that I electronically filed the foregoing with the clerk of the court by
        using the CM/ECF system, which will send a notice of electronic filing to the
7       persons listed on the service list.

8       I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct. Executed on **September 19, 2012**, at San Jose, California.
9

10

11                                              _____
                                                ROMAINE M. MARTINEZ
12  763513

*(signature)*

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

Hugh F. Lennon (S.B.#66565)
  hfl@robinsonwood.com
Bonnie M. Ross (S.B.#178591)
  bmr@robinsonwood.com
ROBINSON & WOOD, INC.
227 N. First Street
San Jose, California  95113
Telephone:  (408) 298-7120
Facsimile:   (408) 298-0477

Attorneys for Plaintiff, Sidonio Costa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF California

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDONIO COSTA,<br><br>      Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, and DOES 1 thru 10, inclusive,<br><br>      Defendant. | Case No. 3:12-CV-03314-SI<br><br>FRCP Rule 41(1) (A) (ii) Stipulation for Dismissal of Action |

The parties to this lawsuit, by and through their respective attorneys of record, hereby stipulate that Plaintiff Sidonio Costa may dismiss this lawsuit pursuant to FRCP Rule 41 (A) (ii). This dismissal stipulation is also being filed pursuant to the exercise of Defendant Costa's right to dismiss this action within the twenty-one day time period allowed under FRCP Rule 11 (c) (1) (A) which commenced with the September 6, 2012 service of Travelers Commercial Insurance Company's motion for monetary sanctions.

DATED: September 19, 2012

ROBINSON & WOOD, INC.

*[signature]*

HUGH F. LENNON
BONNIE M. ROSS
Attorneys for Plaintiff,
Sidonio Costa

3:12-CV-03314-SI

FRCP RULE 41(1) (A) (II) STIPULATION FOR DISMISSAL OF ACTION

1
2 | DATED: September 19, 2012         MCKENNA LONG & ALDRIDGE LLP
3
4                                    *[signature: Thomas Proctor]*
                                     THOMAS R. PROCTOR
5                                    Attorneys for Defendant,
                                     Travelers Commercial Insurance Company
6
7 | 781961
8
...
28

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

FRCP RULE 41(1)(A)(II) STIPULATION FOR DISMISSAL OF ACTION        2        3:12-CV-03314-SI